UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
ST. LOUIS DIVISION

FRED NEKOUEE, individually,

    Plaintiff,

vs.

RALJACK LLC, a Missouri limited liability company,

    Defendant.

Case No. 4:18-cv-00188-RWS

*So Ordered*
*[signature]  4/25/18*

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

    Plaintiff, Fred Nekouee, by and through his undersigned counsel, hereby moves to dismiss this action with prejudice since all matters have been resolved pursuant to the terms of a Settlement Agreement executed between the parties.

Respectfully submitted,

s/Robert J. Vincze
Robert J. Vincze (MO # 37687)
Law Offices of Robert J. Vincze
PO Box 792
Andover, Kansas 67002
Phone: 303-204-8207
Email: vinczelaw@att.net

Attorney for Plaintiff Fred Nekouee